**Order filed January 16, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00229-CR
_____

**SHANNON  BERNARD  JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-3031**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit.  Appellant filed a motion requesting to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion was granted and an order to that effect issued.

In response, we have received documentation that the record was *sent* to appellant but have not received the certification from the clerk of the court as to *the date on which delivery of the record to appellant was made*.

Accordingly, we hereby direct the Judge of the 56th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant **within fifteen (15) days** of the date of this order; that the clerk of that court **certify to this court the date on which delivery of the record to appellant is made**; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.